IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 8:05CR131 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| RAUL JIMINEZ, and<br>SCOTT D. FREESE, | ) ) ) | |
| Defendants. | ) ) | |

    This matter is before the Court on the Plaintiff's motion to seal (Filing No. 245).

IT IS ORDERED:

1.    The Plaintiff's motion to seal (Filing No. 245) is granted; and

2.    The Plaintiff's exhibit list shall be filed under seal.

DATED this 24th day of April, 2006.

                                                          BY THE COURT:

                                                          s/Laurie Smith Camp
                                                          United States District Judge