## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 8:05CR131 |
| ) | |
| Plaintiff,  ) | |
| ) | MEMORANDUM |
| vs.  ) | AND ORDER |
| ) | |
| RAUL JIMINEZ,  ) | |
| ) | |
| Defendant.  ) | |

This matter is before the Court on the Defendant's Motion to Reduce Sentence - USSC Amendment (Filing No. 469) pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782.  The Defendant was sentenced on October 23, 2006, and, at that time, the sentence imposed was below the guideline range pursuant to 18 U.S.C. §3553(a)(1) (Filing No. 346, Statement of Reasons at 3).   The worksheet prepared by the U.S. Probation Office in this matter indicates that the Defendant's current projected release date is November 4, 2015. Therefore,

IT IS ORDERED:

1.    The Defendant's Motion to Reduce Sentence - USSC Amendment (Filing No. 469) is denied;

2.    The Court finds that the Defendant is ineligible for a reduction of sentence pursuant to Sentencing Guideline Amendment 782; and

3.    The Clerk of Court is ordered to mail a copy of this order to the Defendant at his last known address.

DATED this day of 27th day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge